Plenary jurisdiction relinquished.

Justices SAYLOR, EAKIN, BAER, TODD, McCAFFERY and ORIE MELVIN join the opinion.

Cyrus R. **SANDERS**, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, and Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

Sept. 28, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the Order of the Commonwealth Court is **AFFIRMED.**